IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LLOYD ERIC DEMUS, #2378867, Plaintiff, | § § § § | |
| v. | § § | CIVIL CASE NO. 3:24-CV-1575-E-BK |
| UNKNOWN DETECTIVE, ET AL., Defendants. | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 30th day of July, 2024.

Ada E. Brown
UNITED STATES DISTRICT JUDGE